CARR, J., DISSENTING.
 

 {¶ 12} I respectfully dissent. The trial court did not enter judgment for a specific amount. Instead, the trial court modified its prior order forfeiting the full bond amount of $19,000 to only require Caesar to pay the actual costs of transport in lieu of full bond forfeiture. The Sheriff then notified Caesar of the exact amount of $4,328.57 to be paid. Caesar sent a check to the Sheriff in the amount of $4,328.57 specifically endorsing the check for the purpose of satisfying the bond judgment.
 

 {¶ 13} Under these circumstances, Caesar satisfied the judgment against him by paying the amount the court required him to pay in lieu of total bond forfeiture. The court order only required him to pay actual transport costs.
 

 {¶ 14} Caesar voluntarily accepted the amount specified by the trial court. He never contested the amount prior to satisfying the judgment against him. Instead, Caesar waited a year and a half and then filed a motion to remit bond after paying the amount that was voluntarily agreed upon.
 

 {¶ 15} I would dismiss the appeal as moot.